**JS-6**

BLANCO & ARIAS
A PROFESSIONAL LAW CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMBASSY SUITES BY HILTON ANAHEIM ORANGE, a business entity, form unknown; HILTON HHONORS WORLDWIDE, LLC., a Delaware Limited Corporation, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 8:20-cv-02439-CJC-DFM<br><br>*[Assigned for all purposes to Honorable Judge Cormac J. Carney]*<br><br>**ORDER OF DISMISSAL** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDER THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 12, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE